U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (ORLANDO)

In Re: David James Hamilla and
Mary Simonson Hamilla,
Debtors.

Case No. 13-06325
Chapter 7

FILED
MAY 28 2013
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOW COMES Edward L. Embree, III, David E. Fox and William E. Freeman, all attorneys with Moore & Van Allen PLLC and requests to be added to the mailing matrix and requests that all notices required to be mailed in this proceeding should henceforth be mailed to the following:

Edward L. Embree, III, Esquire
Moore & Van Allen PLLC
P.O. Box 13706
Research Triangle Park, NC 27709

David E. Fox
Moore & Van Allen PLLC
P.O. Box 13706
Research Triangle Park, NC 27709

William E. Freeman
Moore & Van Allen PLLC
P.O. Box 13706
Research Triangle Park, NC 27709

This the 24th day of May, 2013.

Moore & Van Allen PLLC

Edward L. Embree, III (N.C. Bar No. 1344)
David E. Fox (N.C. Bar No. 10332)
William E. Freeman (N.C. Bar No. 1180)
P.O. Box 13706
Research Triangle Park, NC 27709
Telephone: (919) 286-8000

TRI1\846689v1

## CERTIFICATE OF SERVICE

This is to certify that on this day a copy of the foregoing was duly served upon the following by depositing same in a post paid, properly addressed envelope in a Post Office or official depository under the exclusive care and custody of the United States Postal Service:

David James Hamilla
1572 Carillion Park Drive
Oviedo, FL 32765

Mary Simonsom Hamilla
1527 Carillion Park Drive
Oviedo, FL 32765

Kenneth D. Herron, Jr.
1851 West Colonial Drive
Orlando, FL 32804

This 24th day of May, 2013.

        Moore & Van Allen PLLC

        Edward L. Embree, III (N.C. Bar No. 1344)
        David E. Fox (N.C. Bar No. 10332)
        William E. Freeman (N.C. Bar No. 1180)
        P.O. Box 13706
        Research Triangle Park, NC 27709
        Telephone: (919) 286-8000